# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2010 JUN 1 P 3:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

# CR 10 0429 VRW

DYLAN CARLE STAUB

DEFENDANT(S).

---

## INDICTMENT

COUNT ONE: 21 U.S.C. § 841(a)(1) – Manufacture and Possession
With Intent to Distribute Marijuana;
COUNT TWO: 18 U.S.C. § 924(c) – Possession of Firearms in
Furtherance of Narcotics Trafficking;
21 U.S.C. § 853 – Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this 21st day of
June 2010.

_____ Clerk

Bail, $ NO PROCESS

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**
21 U.S.C. 841(a)(1), (b)(1)(B)(vii)
18 U.S.C. 924(c)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See attached sheet

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**
▶ DYLAN CARLE STAUB

DISTRICT COURT NUMBER
CR 10 0429 VRW

**DEFENDANT**

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)
Special Agent Megan Long, ATF

☑ person is awaiting trial in another Federal or State Court, give name of court

Superior Court of Marin County, California

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Joseph P. Russoniello
☑ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew L. McCarthy

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☑ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Marin County Jail, San Rafael, California

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year   2/4/2010

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

Penalties for charged offenses:

<u>21 U.S.C. 841(a)(1), (b)(1)(A)(vii)</u>
Term of Imprisonment: No less than 5 years and no more than 40 years
Term of Supervised Release: No less than 4 years and no more than life
Fine: No more than $2,000,000
Mandatory Special Assessment: $100
Mandatory and Discretionary Denial of Federal Benefits


<u>18 U.S.C. 924(c)</u>
Term of Imprisonment: No less than 5 years and no more than life
Term of Supervised Release: No more than 3 years
Fine: No more than $250,000
Mandatory Special Assesment: $100

United States Attorney

FILED
2010 JUN -1 P 3: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 10 0429

| UNITED STATES OF AMERICA, | ) No. | |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. § 841(a)(1) – Manufacture and Possession With Intent to Distribute Marijuana; 18 U.S.C. § 924(c) – Possession of Firearms in Furtherance of Narcotics Trafficking; 21 U.S.C. § 853 – Criminal Forfeiture |
| v. | ) | |
| DYLAN CARLE STAUB, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

VRW

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 841(a)(1))

On or about February 4, 2010, in the Northern District of California, the defendant,

DYLAN CARLE STAUB,

did knowingly and intentionally cultivate and possess with intent to distribute a Schedule I controlled substance, to wit: one hundred or more marijuana plants, at 201 Chula Vista Drive, San Rafael, Calfornia, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vii).

INDICTMENT

COUNT TWO: (18 U.S.C. § 924(c))

On or about February 4, 2010, in the Northern District of California, the defendant,

DYLAN CARLE STAUB,

did knowingly possess one or more firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Marijuana (21 U.S.C. § 841(a)(1)), in violation of Title 18, United States Code, Section 924(c)(1)(A).

FORFEITURE ALLEGATION ONE: (21 U.S.C. § 853 – Criminal Forfeiture)

1. The allegations in Counts One are realleged and incorporated fully herein.

2. Upon conviction for the offense alleged in Count One, the defendant,

DYLAN CARLE STAUB,

shall forfeit to the United States any property constituting, or derived from, any proceeds that defendants obtained, directly or indirectly, as the result of such violation, and any of defendant's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to:

a. The value of DYLAN CARLE STAUB's interest in the real property known as 201 Chula Vista Drive, San Rafael, California;

b. a Smith and Wesson .357 caliber revolver, serial number AFA5716;

c. a Springfield .45 caliber pistol, model 1911, serial number NM199403;

d. a Smith and Wesson .357 caliber revolver, model 686, serial number ACL5835;

e. a Colt .22 caliber pistol, model 1974, serial number 40753B70;

f. an AMT .45 caliber pistol, model Hardballer, serial number A09833;

g. all ammunition seized from 201 Chula Vista Drive, San Rafael, California,

pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

3. If as a result of any act or omission of defendants, any of said property

a. cannot be located upon the exercise of due diligence;

b. has been transferred, or sold, to or deposited with a third person;

INDICTMENT                                    2

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which, without difficulty, cannot be subdivided;

any and all interest defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a)(1), (a)(2), and (p).

FORFEITURE ALLEGATION TWO: (21 U.S.C. § 924(d) – Criminal Forfeiture)

As a result of the foregoing offense contained in Count Two above, the defendant shall forfeit to the United States the firearms and ammunition involved in the commission of the violation of Title 18, United States Code, Section 924(c), including but not limited to:

a. a Smith and Wesson .357 caliber revolver, serial number AFA5716;

b. a Springfield .45 caliber pistol, model 1911, serial number NM199403;

c. a Smith and Wesson .357 caliber revolver, model 686, serial number ACL5835;

d. a Colt .22 caliber pistol, model 1974, serial number 40753B70;

e. an AMT .45 caliber pistol, model Hardballer, serial number A09833;

f. all ammunition seized from 201 Chula Vista Drive, San Rafael, California

all in violation of Title 18, United States Code, Section 924(c), Section 924(d), and Title 28,

//
//
//
//
//
//
//
//

INDICTMENT                                              3

1 | United States Code, Section 2461(c).
2 |
3 | DATED:                                              A TRUE BILL.
4 | June 1, 2010
5 |                                                    FOREPERSON
6 | JOSEPH P. RUSSONIELLO
  | United States Attorney
7 |
8 |
9 | BRIAN J. STRETCH
  | Chief, Criminal Division
10|
11| (Approved as to form: _____)
  |                  AUSA McCARTHY
12|

INDICTMENT                                     4