Jules F. Bonjour, State Bar No. 38980
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400
jules@btbandb.com

Attorneys for defendant
Dylan Staub

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DYLAN STAUB,<br><br>　　　　　Defendant.<br>_____/ | No.  CR 10-00429 VRW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>HEARING |

The parties hereby stipulate that the Status Hearing currently set for Thursday, November 4, 2010 at 2:00 p.m. be continued to Thursday, December 9, 2010 at 2:00 p.m.

The reason for the continuance is that settlement negotiations are being conducted and both sides agree that additional time would facilitate reaching a settlement of the case.

The parties further stipulate and move for exclusion if time from the date of this Stipulation to December 9, 2010 under the Speedy Trial Act.  The parties stipulate that such exclusion is necessary for effective preparation and continuity of counsel.  The parties stipulate that the exclusion is for the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

Stipulation is agreed to by Matthew McCarthy, AUSA and Jules F. Bonjour appearing

//
//
//

specially for David Billingsley who is attorney of record.

IT IS SO STIPULATED.

_____
Jules F. Bonjour

_____
Matthew McCarthy
Assistant United States Attorney

For the foregoing reasons, IT IS HEREBY ORDERED that the status conference in this matter be continued from Thursday, November 4, 2010 at 2:00 p.m. to Thursday, December 9, 2010 at 2:00 p.m.

For the reasons stated in the parties' Stipulation, the ends of justice are served by granting the continuance and this outweighs the best interests of the public and defendant in a speedy trial.

Pursuant to 18 U.S.C. §§ 3161(h)(4) and (7)(B)(iv), the time period from the date of this Order to December 9, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

Dated: 11/3/2010

_____
HONORABLE VAUGHN R. WALKER
United States Judge