United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STAUB,<br><br>　　　　　Defendant. | Case No. 10-cr-00429-JW-1　(RS)<br><br>**ORDER GRANTING MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM** |

Defendant Dylan Carl Staub, appearing pro se, moves for termination of his supervised release term. The government does not object to Mr. Staub's motion and acknowledges that Mr. Staub has been fully compliant with the terms of his release and has put together an impressive record of pre-professional and college coursework. Mr. Staub's success in his post-conviction life thus far is indeed commendable. It appears that the continued imposition of Mr. Staub's supervised release term—by preventing him from obtaining the real estate license that he seeks—will hinder his ongoing efforts to become a productive and law-abiding member of society. Accordingly, Mr. Staub's motion to terminate his supervised release term is granted.

**IT IS SO ORDERED**.

Dated: October 11, 2017

_____
RICHARD SEEBORG
United States District Judge